# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Acting United States Register of Copyrights and Director

**Exhibit 2**

Registration Number

**VA 2-143-439**

Effective Date of Registration:
February 19, 2019

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: January 05, 2017 to December 15, 2017

**Title**

Title of Group: 2017 Published Grecco Photography,20161129 UrbanLandscapes MGP 9009, 20161129 UrbanLandscapes MGP 9296, 20161129 UrbanLandscapes MGP 9484, 20161130 UrbanLandscapes MGP 0134, 20161130 UrbanLandscapes MGP 9650, 20161130 UrbanLandscapes MGP 9772, 20161130 UrbanLandscapes MGP 9865, 20161130 UrbanLandscapes MGP 9998, 01 ProStorage 8 2.5 inch Hard Drive Storage Case 4 1, 01 ProStorage 20 Sun Microsystems Hard Drive Storage Case 3 1, 01 ProStorage 40 2.5 inch Hard Drive Storage Case 5 1, 01 ProStorage LTO 6 LTO Tape Drive Storage Case 6 1, 01 ProStorage LTO 18 LTO Tape Storage Case 7 1, 01 ProStorage LTO 24 LTO Tape Storage Case 8 1, 02 ProStorage 8 2.5 inch Hard Drive Storage Case 4 2, 02 ProStorage 20 Sun Microsystems Hard Drive Storage Case 3 2, 02 ProStorage 40 2.5 inch Hard Drive Storage Case 5 2, 02 ProStorage LTO 6 LTO Tape Drive Storage Case 6 2, 02 ProStorage LTO 24 LTO Tape Storage Case 8 2, 03 ProStorage 8 2.5 inch Hard Drive Storage Case 4 3, 03 ProStorage 20 Sun Microsystems Hard Drive Storage Case 3 4, 03 ProStorage 40 2.5 inch Hard Drive Storage Case 5 4, 03 ProStorage LTO 6 LTO Tape Drive Storage Case 6 3, 03 ProStorage LTO 18 LTO Tape Storage Case 7 2, 03 ProStorage LTO 24 LTO Tape Storage Case 8 3, 04 ProStorage 8 2.5 inch Hard Drive Storage Case 4 4, 04 ProStorage 20 Sun Microsystems Hard Drive Storage Case 3 6, 04 ProStorage 40 2.5 inch Hard Drive Storage Case 5 3, 04 ProStorage LTO 6 LTO Tape Drive Storage Case 6 4, 04 ProStorage LTO 18 LTO Tape Storage Case 7 3, 04 ProStorage LTO 24 LTO Tape Storage Case 8 4, 05 ProStorage 8 2.5 inch Hard Drive Storage Case 4 6, 05 ProStorage 32 2.5 inch Hard Drive Storage Case 2 6, 05 ProStorage 40 2.5 inch Hard Drive Storage Case 5 5, 05 ProStorage LTO 6 LTO Tape Drive Storage Case 6 6, 05 ProStorage LTO 18 LTO Tape Storage Case 7 7, 05 ProStorage LTO 24 LTO Tape Storage Case 8 6, 06 ProStorage 32 2.5 inch Hard Drive Storage Case 2 7, 06 ProStorage 40 2.5 inch Hard Drive Storage Case 5 6, 06 ProStorage LTO 6 LT

Number of Photographs in Group: 98

## Completion/Publication

Year of Completion: 2017
Earliest Publication Date in Group: January 05, 2017
Latest Publication Date in Group: December 15, 2017
Nation of First Publication: United States

VA 2-143-439

Registration Number
*-APPLICATION-*

#0234

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: January 05, 2017 to December 15, 2017

**Title**

      **Title of Group:** 2017 Published Grecco Photography, 20161129 UrbanLandscapes MGP 9009, 20161129 UrbanLandscapes MGP 9296, 20161129 UrbanLandscapes MGP 9484, 20161130 UrbanLandscapes MGP 0134, 20161130 UrbanLandscapes MGP 9650, 20161130 UrbanLandscapes MGP 9772, 20161130 UrbanLandscapes MGP 9865, 20161130 UrbanLandscapes MGP 9998, 01 ProStorage 8 2.5 inch Hard Drive Storage Case 4 1, 01 ProStorage 20 Sun Microsystems Hard Drive Storage Case 3 1, 01 ProStorage 40 2.5 inch Hard Drive Storage Case 5 1, 01 ProStorage LTO 6 LTO Tape Drive Storage Case 6 1, 01 ProStorage LTO 18 LTO Tape Storage Case 7 1, 01 ProStorage LTO 24 LTO Tape Storage Case 8 1, 02 ProStorage 8 2.5 inch Hard Drive Storage Case 4 2, 02 ProStorage 20 Sun Microsystems Hard Drive Storage Case 3 2, 02 ProStorage 40 2.5 inch Hard Drive Storage Case 5 2, 02 ProStorage LTO 6 LTO Tape Drive Storage Case 6 2, 02 ProStorage LTO 24 LTO Tape Storage Case 8 2, 03 ProStorage 8 2.5 inch Hard Drive Storage Case 4 3, 03 ProStorage 20 Sun Microsystems Hard Drive Storage Case 3 4, 03 ProStorage 40 2.5 inch Hard Drive Storage Case 5 4, 03 ProStorage LTO 6 LTO Tape Drive Storage Case 6 3, 03 ProStorage LTO 18 LTO Tape Storage Case 7 2, 03 ProStorage LTO 24 LTO Tape Storage Case 8 3, 04 ProStorage 8 2.5 inch Hard Drive Storage Case 4 4, 04 ProStorage 20 Sun Microsystems Hard Drive Storage Case 3 6, 04 ProStorage 40 2.5 inch Hard Drive Storage Case 5 3, 04 ProStorage LTO 6 LTO Tape Drive Storage Case 6 4, 04 ProStorage LTO 18 LTO Tape Storage Case 7 3, 04 ProStorage LTO 24 LTO Tape Storage Case 8 4, 05 ProStorage 8 2.5 inch Hard Drive Storage Case 4 6, 05 ProStorage 32 2.5 inch Hard Drive Storage Case 2 6, 05 ProStorage 40 2.5 inch Hard Drive Storage Case 5 5, 05 ProStorage LTO 6 LTO Tape Drive Storage Case 6 6, 05 ProStorage LTO 18 LTO Tape Storage Case 7 7, 05 ProStorage LTO 24 LTO Tape Storage Case 8 6, 06 ProStorage 32 2.5 inch Hard Drive Storage Case 2 7, 06 ProStorage 40 2.5 inch Hard Drive Storage Case 5 6, 06 ProStorage LTO 6 LT

    **Number of Photographs in Group:** 98

## Completion/Publication

      **Year of Completion:** 2017
**Earliest Publication Date in Group:** January 05, 2017
**Latest Publication Date in Group:** December 15, 2017
    **Nation of First Publication:** United States

### Author

- **Author:** Michael Grecco Productions, Inc.
- **Author Created:** photographs
- **Work made for hire:** Yes
- **Domiciled in:** United States

### Copyright Claimant

- **Copyright Claimant:** Michael Grecco Productions, Inc.
  3103 17th Street, Santa Monica, CA, 90405, United States

### Rights and Permissions

- **Organization Name:** Michael Grecco Productions, Inc.
- **Name:** Michael Grecco
- **Email:** michael@michaelgrecco.com
- **Telephone:** (310)452-4461
- **Alt. Phone:** (310)251-4451
- **Address:** 3103 17th Street
  Santa Monica, CA 90405 United States

### Certification

- **Name:** Michael Grecco
- **Date:** February 19, 2019

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

REQUIRED: This is the Complete List of Photographs for [Insert Case Number Here]

IMPORTANT: The Copyright Office strongly encourages you to provide the title of each photograph in the application itself. To do so, simply copy the contents of this column (including the commas) and paste that information into the application in the "Photograph Titles" field that appears on the "Titles" screen.

| Photograph | REQUIRED: Title of Photograph | REQUIRED: File Name of Photograph | Month/Year of |
|---|---|---|---|
| 1 | 20161129 UrbanLandscapes MGP 9009 | 20161129_UrbanLandscapes_MGP_9009.jpg | Jan-17 20161129 UrbanLandscapes MGP 9009, |
| 2 | 20161129 UrbanLandscapes MGP 9296 | 20161129_UrbanLandscapes_MGP_9296.jpg | Jan-17 20161129 UrbanLandscapes MGP 9296, |
| 3 | 20161129 UrbanLandscapes MGP 9484 | 20161129_UrbanLandscapes_MGP_9484.jpg | Jan-17 20161129 UrbanLandscapes MGP 9484, |
| 4 | 20161130 UrbanLandscapes MGP 0134 | 20161130_UrbanLandscapes_MGP_0134.jpg | Jan-17 20161130 UrbanLandscapes MGP 0134, |
| 5 | 20161130 UrbanLandscapes MGP 9650 | 20161130_UrbanLandscapes_MGP_9650.jpg | Jan-17 20161130 UrbanLandscapes MGP 9650, |
| 6 | 20161130 UrbanLandscapes MGP 9772 | 20161130_UrbanLandscapes_MGP_9772.jpg | Jan-17 20161130 UrbanLandscapes MGP 9772, |
| 7 | 20161130 UrbanLandscapes MGP 9865 | 20161130_UrbanLandscapes_MGP_9865.jpg | Jan-17 20161130 UrbanLandscapes MGP 9865, |
| 8 | 20161130 UrbanLandscapes MGP 9998 | 20161130_UrbanLandscapes_MGP_9998.jpg | Jan-17 20161130 UrbanLandscapes MGP 9998, |
| 9 | 01 ProStorage 8 2.5 inch Hard Drive Storage Case 4 1 | 01_ProStorage-8-2.5-inch-Hard-Drive-Storage-Case_4_1.jpg | Feb-17 01 ProStorage 8 2.5 inch Hard Drive Storage Case 4 1, |
| 10 | 01 ProStorage 20 Sun Microsystems Hard Drive Storage Case 3 1 | 01_ProStorage-20-Sun-Microsystems-Hard-Drive-Storage-Case_3_1.jpg | Feb-17 01 ProStorage 20 Sun Microsystems Hard Drive Storage Case 3 1, |
| 11 | 01 ProStorage 40 2.5 inch Hard Drive Storage Case 5 1 | 01_ProStorage-40-2.5-inch-Hard-Drive-Storage-Case_5_1.jpg | Feb-17 01 ProStorage 40 2.5 inch Hard Drive Storage Case 5 1, |
| 12 | 01 ProStorage LTO 6 LTO Tape Drive Storage Case 6 1 | 01_ProStorage-LTO-6-LTO-Tape-Drive-Storage-Case_6_1.jpg | Feb-17 01 ProStorage LTO 6 LTO Tape Drive Storage Case 6 1, |
| 13 | 01 ProStorage LTO 18 LTO Tape Storage Case 7 1 | 01_ProStorage-LTO-18-LTO-Tape-Storage-Case_7_1.jpg | Feb-17 01 ProStorage LTO 18 LTO Tape Storage Case 7 1, |
| 14 | 01 ProStorage LTO 24 LTO Tape Storage Case 8 1 | 01_ProStorage-LTO-24-LTO-Tape-Storage-Case_8_1.jpg | Feb-17 01 ProStorage LTO 24 LTO Tape Storage Case 8 1, |
| 15 | 02 ProStorage 8 2.5 inch Hard Drive Storage Case 4 2 | 02_ProStorage-8-2.5-inch-Hard-Drive-Storage-Case_4_2.jpg | Feb-17 02 ProStorage 8 2.5 inch Hard Drive Storage Case 4 2, |
| 16 | 02 ProStorage 20 Sun Microsystems Hard Drive Storage Case 3 2 | 02_ProStorage-20-Sun-Microsystems-Hard-Drive-Storage-Case_3_2.jpg | Feb-17 02 ProStorage 20 Sun Microsystems Hard Drive Storage Case 3 2, |
| 17 | 02 ProStorage 40 2.5 inch Hard Drive Storage Case 5 2 | 02_ProStorage-40-2.5-inch-Hard-Drive-Storage-Case_5_2.jpg | Feb-17 02 ProStorage 40 2.5 inch Hard Drive Storage Case 5 2, |
| 18 | 02 ProStorage LTO 6 LTO Tape Drive Storage Case 6 2 | 02_ProStorage-LTO-6-LTO-Tape-Drive-Storage-Case_6_2.jpg | Feb-17 02 ProStorage LTO 6 LTO Tape Drive Storage Case 6 2, |
| 19 | 02 ProStorage LTO 24 LTO Tape Storage Case 8 2 | 02_ProStorage-LTO-24-LTO-Tape-Storage-Case_8_2.jpg | Feb-17 02 ProStorage LTO 24 LTO Tape Storage Case 8 2, |
| 20 | 03 ProStorage 8 2.5 inch Hard Drive Storage Case 4 3 | 03_ProStorage-8-2.5-inch-Hard-Drive-Storage-Case_4_3.jpg | Feb-17 03 ProStorage 8 2.5 inch Hard Drive Storage Case 4 3, |
| 21 | 03 ProStorage 20 Sun Microsystems Hard Drive Storage Case 3 4 | 03_ProStorage-20-Sun-Microsystems-Hard-Drive-Storage-Case_3_4.jpg | Feb-17 03 ProStorage 20 Sun Microsystems Hard Drive Storage Case 3 4, |
| 22 | 03 ProStorage 40 2.5 inch Hard Drive Storage Case 5 4 | 03_ProStorage-40-2.5-inch-Hard-Drive-Storage-Case_5_4.jpg | Feb-17 03 ProStorage 40 2.5 inch Hard Drive Storage Case 5 4, |
| 23 | 03 ProStorage LTO 6 LTO Tape Drive Storage Case 6 3 | 03_ProStorage-LTO-6-LTO-Tape-Drive-Storage-Case_6_3.jpg | Feb-17 03 ProStorage LTO 6 LTO Tape Drive Storage Case 6 3, |
| 24 | 03 ProStorage LTO 18 LTO Tape Storage Case 7 2 | 03_ProStorage-LTO-18-LTO-Tape-Storage-Case_7_2.jpg | Feb-17 03 ProStorage LTO 18 LTO Tape Storage Case 7 2, |
| 25 | 03 ProStorage LTO 24 LTO Tape Storage Case 8 3 | 03_ProStorage-LTO-24-LTO-Tape-Storage-Case_8_3.jpg | Feb-17 03 ProStorage LTO 24 LTO Tape Storage Case 8 3, |
| 26 | 04 ProStorage 8 2.5 inch Hard Drive Storage Case 4 4 | 04_ProStorage-8-2.5-inch-Hard-Drive-Storage-Case_4_4.jpg | Feb-17 04 ProStorage 8 2.5 inch Hard Drive Storage Case 4 4, |
| 27 | 04 ProStorage 20 Sun Microsystems Hard Drive Storage Case 3 6 | 04_ProStorage-20-Sun-Microsystems-Hard-Drive-Storage-Case_3_6.jpg | Feb-17 04 ProStorage 20 Sun Microsystems Hard Drive Storage Case 3 6, |
| 28 | 04 ProStorage 40 2.5 inch Hard Drive Storage Case 5 3 | 04_ProStorage-40-2.5-inch-Hard-Drive-Storage-Case_5_3.jpg | Feb-17 04 ProStorage 40 2.5 inch Hard Drive Storage Case 5 3, |
| 29 | 04 ProStorage LTO 6 LTO Tape Drive Storage Case 6 4 | 04_ProStorage-LTO-6-LTO-Tape-Drive-Storage-Case_6_4.jpg | Feb-17 04 ProStorage LTO 6 LTO Tape Drive Storage Case 6 4, |
| 30 | 04 ProStorage LTO 18 LTO Tape Storage Case 7 3 | 04_ProStorage-LTO-18-LTO-Tape-Storage-Case_7_3.jpg | Feb-17 04 ProStorage LTO 18 LTO Tape Storage Case 7 3, |
| 31 | 04 ProStorage LTO 24 LTO Tape Storage Case 8 4 | 04_ProStorage-LTO-24-LTO-Tape-Storage-Case_8_4.jpg | Feb-17 04 ProStorage LTO 24 LTO Tape Storage Case 8 4, |
| 32 | 05 ProStorage 8 2.5 inch Hard Drive Storage Case 4 6 | 05_ProStorage-8-2.5-inch-Hard-Drive-Storage-Case_4_6.jpg | Feb-17 05 ProStorage 8 2.5 inch Hard Drive Storage Case 4 6, |
| 33 | 05 ProStorage 32 2.5 inch Hard Drive Storage Case 2 6 | 05_ProStorage-32-2.5-inch-Hard-Drive-Storage-Case_2_6.jpg | Feb-17 05 ProStorage 32 2.5 inch Hard Drive Storage Case 2 6, |
| 34 | 05 ProStorage 40 2.5 inch Hard Drive Storage Case 5 5 | 05_ProStorage-40-2.5-inch-Hard-Drive-Storage-Case_5_5.jpg | Feb-17 05 ProStorage 40 2.5 inch Hard Drive Storage Case 5 5, |
| 35 | 05 ProStorage LTO 6 LTO Tape Drive Storage Case 6 6 | 05_ProStorage-LTO-6-LTO-Tape-Drive-Storage-Case_6_6.jpg | Feb-17 05 ProStorage LTO 6 LTO Tape Drive Storage Case 6 6, |
| 36 | 05 ProStorage LTO 18 LTO Tape Storage Case 7 7 | 05_ProStorage-LTO-18-LTO-Tape-Storage-Case_7_7.jpg | Feb-17 05 ProStorage LTO 18 LTO Tape Storage Case 7 7, |
| 37 | 05 ProStorage LTO 24 LTO Tape Storage Case 8 6 | 05_ProStorage-LTO-24-LTO-Tape-Storage-Case_8_6.jpg | Feb-17 05 ProStorage LTO 24 LTO Tape Storage Case 8 6, |
| 38 | 06 ProStorage 32 2.5 inch Hard Drive Storage Case 2 7 | 06_ProStorage-32-2.5-inch-Hard-Drive-Storage-Case_2_7.jpg | Feb-17 06 ProStorage 32 2.5 inch Hard Drive Storage Case 2 7, |
| 39 | 06 ProStorage 40 2.5 inch Hard Drive Storage Case 5 6 | 06_ProStorage-40-2.5-inch-Hard-Drive-Storage-Case_5_6.jpg | Feb-17 06 ProStorage 40 2.5 inch Hard Drive Storage Case 5 6, |
| 40 | 06 ProStorage LTO 6 LTO Tape Drive Storage Case 6 7 1 | 06_ProStorage-LTO-6-LTO-Tape-Drive-Storage-Case_6_7_1.jpg | Feb-17 06 ProStorage LTO 6 LTO Tape Drive Storage Case 6 7 1, |
| 41 | 06 ProStorage LTO 18 LTO Tape Storage Case 7 4 | 06_ProStorage-LTO-18-LTO-Tape-Storage-Case_7_4.jpg | Feb-17 06 ProStorage LTO 18 LTO Tape Storage Case 7 4, |
| 42 | 07 ProStorage LTO 18 LTO Tape Storage Case 7 5 | 07_ProStorage-LTO-18-LTO-Tape-Storage-Case_7_5.jpg | Feb-17 07 ProStorage LTO 18 LTO Tape Storage Case 7 5, |
| 43 | 08 ProStorage LTO 18 LTO Tape Storage Case 7 6 | 08_ProStorage-LTO-18-LTO-Tape-Storage-Case_7_6.jpg | Feb-17 08 ProStorage LTO 18 LTO Tape Storage Case 7 6, |
| 44 | 1 Edit | Edit.jpg | Feb-17 10 ProStorage 18 Hard Drive Storage Case for Hard Drive Raid Sleds 1 |
| 45 | 2 Edit | Edit.jpg | Feb-17 11 ProStorage 18 Hard Drive Storage Case for Hard Drive Raid Sleds 1 |
| 46 | 2 Edit | Edit.jpg | Feb-17 11 ProStorage 24 Hard Drive Storage Case for Hard Drive Raid Sleds 1 |
| 47 | 3 | Sleds_1_7_3.jpg | Feb-17 12 ProStorage 18 Hard Drive Storage Case for Hard Drive Raid Sleds 1 |
| 48 | 3 | Sleds_1_7_3.jpg | Feb-17 12 ProStorage 24 Hard Drive Storage Case for Hard Drive Raid Sleds 1 |

| # | Name | Filename | Date |
|---|---|---|---|
| 49 | 13 ProStorage 18 3.5 inch Hard Drive Storage Case 1 7 4 | 13_ProStorage-18-3.5-inch-Hard-Drive-Storage-Case__1_7_4.jpg | Feb-17 13 ProStorage 18 3.5 inch Hard Drive Storage Case 1 7 4, |
| 50 | 1 Edit | Edit.jpg | Feb-17 13 ProStorage 24 Hard Drive Storage Case for Hard Drive Raid Sleds 1 |
| 51 | 20170524 Destin Thomas ML MGP 0152 | 20170524_Destin_Thomas_ML_MGP_0152.jpg | Jun-17 20170524 Destin Thomas ML MGP 0152, |
| 52 | 20170524 Hartyl Group ML MGP 0290 | 20170524_Hartyl_Group_ML_MGP_0290.jpg | Jun-17 20170524 Hartyl Group ML MGP 0290, |
| 53 | 20170524 Hartyl Phil ML MGP 0174 | 20170524_Hartyl_Phil_ML_MGP_0174.jpg | Jun-17 20170524 Hartyl Phil ML MGP 0174, |
| 54 | 20170524 Hartyl Phil ML MGP 0186 | 20170524_Hartyl_Phil_ML_MGP_0186.jpg | Jun-17 20170524 Hartyl Phil ML MGP 0186, |
| 55 | 20170524 Mijovic Lisa ML MGP 0037 | 20170524_Mijovic_Lisa_ML_MGP_0037.jpg | Jun-17 20170524 Mijovic Lisa ML MGP 0037, |
| 56 | 20170524 Snyder Jeremy ML MGP 0068 | 20170524_Snyder_Jeremy_ML_MGP_0068.jpg | Jun-17 20170524 Snyder Jeremy ML MGP 0068, |
| 57 | 20170131 Rose Amber MGP 0035 | 20170131_Rose_Amber_MGP_0035.jpg | Aug-17 20170131 Rose Amber MGP 0035, |
| 58 | 20170131 Rose Amber MGP 0067 | 20170131_Rose_Amber_MGP_0067.jpg | Aug-17 20170131 Rose Amber MGP 0067, |
| 59 | 20170131 Rose Amber MGP 0113 | 20170131_Rose_Amber_MGP_0113.jpg | Aug-17 20170131 Rose Amber MGP 0113, |
| 60 | 20170131 Rose Amber MGP 0163 | 20170131_Rose_Amber_MGP_0163.jpg | Aug-17 20170131 Rose Amber MGP 0163, |
| 61 | 20170131 Rose Amber MGP 0239 | 20170131_Rose_Amber_MGP_0239.jpg | Aug-17 20170131 Rose Amber MGP 0239, |
| 62 | 20170131 Rose Amber MGP 0442 | 20170131_Rose_Amber_MGP_0442.jpg | Aug-17 20170131 Rose Amber MGP 0442, |
| 63 | 20170918 Ritz Melinda MGP 0090 | 20170918_Ritz_Melinda_MGP_0090.jpg | Sep-17 20170918 Ritz Melinda MGP 0090, |
| 64 | 20170918 Ritz Melinda MGP 0161 | 20170918_Ritz_Melinda_MGP_0161.jpg | Sep-17 20170918 Ritz Melinda MGP 0161, |
| 65 | 01 ProStorage HP24 Extended Hard Drive Storage Case 01 | 01_ProStorage-HP24-Extended-Hard-Drive-Storage-Case-01.jpg | Dec-17 01 ProStorage HP24 Extended Hard Drive Storage Case 01, |
| 66 | 01 ProStorage HP24 Thick Top Hard Drive Storage Case 01 | 01_ProStorage-HP24-Thick-Top-Hard-Drive-Storage-Case-01.jpg | Dec-17 01 ProStorage HP24 Thick Top Hard Drive Storage Case 01, |
| 67 | 01 ProStorage HP40 Extended Hard Drive Storage Case 01 | 01_ProStorage-HP40-Extended-Hard-Drive-Storage-Case-01.jpg | Dec-17 01 ProStorage HP40 Extended Hard Drive Storage Case 01, |
| 68 | 01 ProStorage HP40 Thick Top Hard Drive Storage Case 01 | 01_ProStorage-HP40-Thick-Top-Hard-Drive-Storage-Case-01.jpg | Dec-17 01 ProStorage HP40 Thick Top Hard Drive Storage Case 01, |
| 69 | 01 ProStorage Pelican 2.5 Hard Drive Storage Case 01 | 01_ProStorage-Pelican-2.5-Hard-Drive-Storage-Case-01.jpg | Dec-17 01 ProStorage Pelican 2.5 Hard Drive Storage Case 01, |
| 70 | 01 ProStorage Pelican 3.5 Hard Drive Case 01 | 01_ProStorage-Pelican-3.5-Hard-Drive-Case-01.jpg | Dec-17 01 ProStorage Pelican 3.5 Hard Drive Case 01, |
| 71 | 01 ProStorage Pelican LTO Tape Storage Case 01 | 01_ProStorage-Pelican-LTO-Tape-Storage-Case-01.jpg | Dec-17 01 ProStorage Pelican LTO Tape Storage Case 01, |
| 72 | 02 ProStorage HP24 Thick Top Hard Drive Storage Case 02 | 02_ProStorage-HP24-Thick-Top-Hard-Drive-Storage-Case-02.jpg | Dec-17 02 ProStorage HP24 Thick Top Hard Drive Storage Case 02, |
| 73 | 02 ProStorage HP40 Extended Hard Drive Storage Case 02 | 02_ProStorage-HP40-Extended-Hard-Drive-Storage-Case-02.jpg | Dec-17 02 ProStorage HP40 Extended Hard Drive Storage Case 02, |
| 74 | 02 ProStorage HP40 Thick Top Hard Drive Storage Case 02 | 02_ProStorage-HP40-Thick-Top-Hard-Drive-Storage-Case-02.jpg | Dec-17 02 ProStorage HP40 Thick Top Hard Drive Storage Case 02, |
| 75 | 02 ProStorage Pelican 2.5 Hard Drive Storage Case 02 | 02_ProStorage-Pelican-2.5-Hard-Drive-Storage-Case-02.jpg | Dec-17 02 ProStorage Pelican 2.5 Hard Drive Storage Case 02, |
| 76 | 02 ProStorage Pelican 3.5 Hard Drive Case 02 | 02_ProStorage-Pelican-3.5-Hard-Drive-Case-02.jpg | Dec-17 02 ProStorage Pelican 3.5 Hard Drive Case 02, |
| 77 | 02 ProStorage Pelican LTO Tape Storage Case 02 | 02_ProStorage-Pelican-LTO-Tape-Storage-Case-02.jpg | Dec-17 02 ProStorage Pelican LTO Tape Storage Case 02, |
| 78 | 03 ProStorage HP40 Extended Hard Drive Storage Case 03 | 03_ProStorage-HP40-Extended-Hard-Drive-Storage-Case-03.jpg | Dec-17 03 ProStorage HP40 Extended Hard Drive Storage Case 03, |
| 79 | 03 ProStorage HP40 Thick Top Hard Drive Storage Case 03 | 03_ProStorage-HP40-Thick-Top-Hard-Drive-Storage-Case-03.jpg | Dec-17 03 ProStorage HP40 Thick Top Hard Drive Storage Case 03, |
| 80 | 03 ProStorage Pelican 2.5 Hard Drive Storage Case 03 | 03_ProStorage-Pelican-2.5-Hard-Drive-Storage-Case-03.jpg | Dec-17 03 ProStorage Pelican 2.5 Hard Drive Storage Case 03, |
| 81 | 03 ProStorage Pelican 3.5 Hard Drive Case 03 | 03_ProStorage-Pelican-3.5-Hard-Drive-Case-03.jpg | Dec-17 03 ProStorage Pelican 3.5 Hard Drive Case 03, |
| 82 | 03 ProStorage Pelican LTO Tape Storage Case 03 | 03_ProStorage-Pelican-LTO-Tape-Storage-Case-03.jpg | Dec-17 03 ProStorage Pelican LTO Tape Storage Case 03, |
| 83 | 04 ProStorage HP24 Extended Hard Drive Storage Case 04 | 04_ProStorage-HP24-Extended-Hard-Drive-Storage-Case-04.jpg | Dec-17 04 ProStorage HP24 Extended Hard Drive Storage Case 04, |
| 84 | 04 ProStorage HP24 Thick Top Hard Drive Storage Case 04 | 04_ProStorage-HP24-Thick-Top-Hard-Drive-Storage-Case-04.jpg | Dec-17 04 ProStorage HP24 Thick Top Hard Drive Storage Case 04, |
| 85 | 04 ProStorage HP40 Thick Top Hard Drive Storage Case 04 | 04_ProStorage-HP40-Thick-Top-Hard-Drive-Storage-Case-04.jpg | Dec-17 04 ProStorage HP40 Thick Top Hard Drive Storage Case 04, |
| 86 | 04 ProStorage Pelican 2.5 Hard Drive Storage Case 04 | 04_ProStorage-Pelican-2.5-Hard-Drive-Storage-Case-04.jpg | Dec-17 04 ProStorage Pelican 2.5 Hard Drive Storage Case 04, |
| 87 | 04 ProStorage Pelican 3.5 Hard Drive Case 04 | 04_ProStorage-Pelican-3.5-Hard-Drive-Case-04.jpg | Dec-17 04 ProStorage Pelican 3.5 Hard Drive Case 04, |
| 88 | 04 ProStorage Pelican LTO Tape Storage Case 04 | 04_ProStorage-Pelican-LTO-Tape-Storage-Case-04.jpg | Dec-17 04 ProStorage Pelican LTO Tape Storage Case 04, |
| 89 | 04a ProStorage HP40 Extended Hard Drive Storage Case 04a | 04a_ProStorage-HP40-Extended-Hard-Drive-Storage-Case-04a.jpg | Dec-17 04a ProStorage HP40 Extended Hard Drive Storage Case 04a, |
| 90 | 04b ProStorage HP40 Extended Hard Drive Storage Case 04b | 04b_ProStorage-HP40-Extended-Hard-Drive-Storage-Case-04b.jpg | Dec-17 04b ProStorage HP40 Extended Hard Drive Storage Case 04b, |
| 91 | 04c ProStorage HP40 Extended Hard Drive Storage Case 04c | 04c_ProStorage-HP40-Extended-Hard-Drive-Storage-Case-04c.jpg | Dec-17 04c ProStorage HP40 Extended Hard Drive Storage Case 04c, |
| 92 | 05 ProStorage HP24 Extended Hard Drive Storage Case 05 | 05_ProStorage-HP24-Extended-Hard-Drive-Storage-Case-05.jpg | Dec-17 05 ProStorage HP24 Extended Hard Drive Storage Case 05, |
| 93 | 05 ProStorage HP24 Thick Top Hard Drive Storage Case 05 | 05_ProStorage-HP24-Thick-Top-Hard-Drive-Storage-Case-05.jpg | Dec-17 05 ProStorage HP24 Thick Top Hard Drive Storage Case 05, |
| 94 | 05 ProStorage HP40 Extended Hard Drive Storage Case 05 | 05_ProStorage-HP40-Extended-Hard-Drive-Storage-Case-05.jpg | Dec-17 05 ProStorage HP40 Extended Hard Drive Storage Case 05, |
| 95 | 05 ProStorage HP40 Thick Top Hard Drive Storage Case 05 | 05_ProStorage-HP40-Thick-Top-Hard-Drive-Storage-Case-05.jpg | Dec-17 05 ProStorage HP40 Thick Top Hard Drive Storage Case 05, |
| 96 | 05 ProStorage Pelican 2.5 Hard Drive Storage Case 05 | 05_ProStorage-Pelican-2.5-Hard-Drive-Storage-Case-05.jpg | Dec-17 05 ProStorage Pelican 2.5 Hard Drive Storage Case 05, |
| 97 | 05 ProStorage Pelican 3.5 Hard Drive Case 05 | 05_ProStorage-Pelican-3.5-Hard-Drive-Case-05.jpg | Dec-17 05 ProStorage Pelican 3.5 Hard Drive Case 05, |
| 98 | 05 ProStorage Pelican LTO Tape Storage Case 05 | 05_ProStorage-Pelican-LTO-Tape-Storage-Case-05.jpg | Dec-17 05 ProStorage Pelican LTO Tape Storage Case 05, |

Wednesday, February 27, 2019 at 3:01:46 PM Pacific Standard Time

**Subject:** Confirmation of Receipt
**Date:** Tuesday, February 19, 2019 at 5:15:22 PM Pacific Standard Time
**From:** Copyright Office
**To:** Michael Grecco

THIS IS AN AUTOMATED EMAIL - PLEASE DO NOT REPLY.

Your Application and payment for the work 2017 Published Grecco Photography, 20161129 UrbanLandscapes MGP 9009, 20161129 UrbanLandscapes MGP 9296, 20161129 UrbanLandscapes MGP 9484, 20161130 UrbanLandscapes MGP 0134, 20161130 UrbanLandscapes MGP 9650, 20161130 UrbanLandscapes MGP 9772, 20161130 UrbanLandscapes MGP 9865, 20161130 UrbanLandscapes MGP 9998, 01 ProStorage 8 2.5 inch Hard Drive Storage Case 4 1, 01 ProStorage 20 Sun Microsystems Hard Drive Storage Case 3 1, 01 ProStorage 40 2.5 inch Hard Drive Storage Case 5 1, 01 ProStorage LTO 6 LTO Tape Drive Storage Case 6 1, 01 ProStorage LTO 18 LTO Tape Storage Case 7 1, 01 ProStorage LTO 24 LTO Tape Storage Case 8 1, 02 ProStorage 8 2.5 inch Hard Drive Storage Case 4 2, 02 ProStorage 20 Sun Microsystems Hard Drive Storage Case 3 2, 02 ProStorage 40 2.5 inch Hard Drive Storage Case 5 2, 02 ProStorage LTO 6 LTO Tape Drive Storage Case 6 2, 02 ProStorage LTO 24 LTO Tape Storage Case 8 2, 03 ProStorage 8 2.5 inch Hard Drive Storage Case 4 3, 03 ProStorage 20 Sun Microsystems Hard Drive Storage Case 3 4, 03 ProStorage 40 2.5 inch Hard Drive Storage Case 5 4, 03 ProStorage LTO 6 LTO Tape Drive Storage Case 6 3, 03 ProStorage LTO 18 LTO Tape Storage Case 7 2, 03 ProStorage LTO 24 LTO Tape Storage Case 8 3, 04 ProStorage 8 2.5 inch Hard Drive Storage Case 4 4, 04 ProStorage 20 Sun Microsystems Hard Drive Storage Case 3 6, 04 ProStorage 40 2.5 inch Hard Drive Storage Case 5 3, 04 ProStorage LTO 6 LTO Tape Drive Storage Case 6 4, 04 ProStorage LTO 18 LTO Tape Storage Case 7 3, 04 ProStorage LTO 24 LTO Tape Storage Case 8 4, 05 ProStorage 8 2.5 inch Hard Drive Storage Case 4 6, 05 ProStorage 32 2.5 inch Hard Drive Storage Case 2 6, 05 ProStorage 40 2.5 inch Hard Drive Storage Case 5 5, 05 ProStorage LTO 6 LTO Tape Drive Storage Case 6 6, 05 ProStorage LTO 18 LTO Tape Storage Case 7 7, 05 ProStorage LTO 24 LTO Tape Storage Case 8 6, 06 ProStorage 32 2.5 inch Hard Drive Storage Case 2 7, 06 ProStorage 40 2.5 inch Hard Drive Storage Case 5 6, 06 ProStorage LTO 6 LT were received by the U.S.Copyright Office on 2/19/2019.

PLEASE NOTE: Your submission is not complete until you upload or mail the material you are registering. To do so, logon to https://eco.copyright.gov/eService_enu/ and click on case number 1-7434559304 in the Open Cases table. Follow the instructions to either upload a digital copy or mail a physical copy (with shipping slip attached) of the work being registered. Additional instructions and requirements for submitting the material being registered can be found at http://www.copyright.gov/eco/tips/.

SHIPPING SLIPS: If you mail physical copies of the material being registered, the effective date of registration will be based on the date on which we receive the copies WITH CORRESPONDING SHIPPING SLIPS ATTACHED.

A printable copy of the application will be available within 24 hours by clicking the My Applications link in the left top most navigation menu of the Home screen.

You may check the status of this claim via eCO using this number 1-7434559304. If you have questions or need assistance, Copyright Office contact information can be found at http://www.copyright.gov/help/index.html#general.

United States Copyright Office

Wednesday, February 27, 2019 at 3:01:51 PM Pacific Standard Time

**Subject:** Acknowledgement of Uploaded Deposit
**Date:** Tuesday, February 19, 2019 at 5:21:34 PM Pacific Standard Time
**From:** Copyright Office
**To:** Michael Grecco

THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT REPLY.

Thank you for submitting your registration claim using the Electronic Copyright Office (ECO) System.

The following files were successfully uploaded for service request 1-7434559304

File Name :2017_published_grecco_photography.zip
File Size :5385534 KB
Date/Time :2/19/2019 8:16:47 PM


[THREAD ID: 1-3EYDMJ0]

United States Copyright Office

Wednesday, February 27, 2019 at 3:01:55 PM Pacific Standard Time

**Subject:** Pay.gov Payment Confirmation: Copyright Fee Services
**Date:** Tuesday, February 19, 2019 at 5:15:13 PM Pacific Standard Time
**From:** notification@pay.gov
**To:** Michael Grecco

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or wish to cancel this payment, you will need to contact Copyright Fee Services at 877-476-0778.

Application Name: Copyright Fee Services
Pay.gov Tracking ID: 26FG7FI9
Agency Tracking ID: 1-3EYCF1B

Account Holder Name: Michael Grecco Productions, Inc
Transaction Type: ACH Debit
Transaction Amount: $55.00
Payment Date: Feb 20, 2019
Account Type: Business Checking
Routing Number: 122016066
Account Number: ************7776

Transaction Date: Feb 19, 2019 8:15:13 PM
Total Payments Scheduled: 1
Frequency: OneTime

Filing Fees are NON-refundable.:

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.