**Exhibit 4**



Title: Amber Rose Photo Shoot | MGP Stock Photos
Link: https://mgpstockphotos.photoshelter.com/image?_bqG=5&_bqH=eJwzj_SyKHH3CMgJN68s97Rwy0zN8PYTNdKt8HG0MreysDI0AAIrz3iXYGdbx9yk1CI1z_jQYNegeE8X21CQnFuVubledlR4kku5Wryjc4htcWpiUXIGAJKyGpw-mgpstockphotos.photoshelter.com 2021 09 27

