Case 1:21-cv-08381 Document 1-9 Filed 10/12/21 Page 1 of 3

**Exhibit 9**

# RUTHIE DAVIS

SHOP    DISNEY X RUTHIE DAVIS    NEWS    CELEBRITIES    PRESS    ABOUT





