

**EMILY KIRSCH**
150 E. 58TH STREET 22ND FLOOR
NEW YORK, NY 10155
O (212) 832-0170
M (917) 744-2888
EMILY.KIRSCH@KIRSCHNIEHAUS.COM

KIRSCHNIEHAUS.COM

December 9, 2021

<u>**VIA ECF**</u>
The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007
Abrams_NYSDChambers@nysd.uscourts.gov

      Re:    *Michael Grecco Productions, Inc. v. RADesign, Inc. et al., Case No. 1:21-cv-08381-RA*

Dear Judge Abrams:

I represent RADesign, Inc. David by Ruthie David, Inc. Ruthie Davis, Ruthie Allyn Davis (the "Ruthie Davis Defendants") in the above-referenced action. We write with the consent of plaintiff's counsel to request an extension of time to answer the complaint, until **January 6, 2022**. The original return date is December 15 with our signature of waiver of service. We have obviously not requested any adjournment previously and this extension shall not affect any other dates. The parties are scheduled for an initial conference of January 14 with a joint letter to be submitted by January 7, 2022.

                                                              Respectfully Submitted,

                                                              _/s/ Emily Kirsch_
                                                              Emily Bab Kirsch

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
12/10/2021

1