

**EMILY KIRSCH**
150 E. 58TH STREET 22ND FLOOR
NEW YORK, NY 10155
O (212) 832-0170
M (917) 744-2888
EMILY.KIRSCH@KIRSCHNIEHAUS.COM
KIRSCHNIEHAUS.COM

January 6, 2021

**VIA ECF**
The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007
Abrams_NYSDChambers@nysd.uscourts.gov

    Re:    *Michael Grecco Productions, Inc. v. RADesign, Inc. et al.*, Case No. 1:21-cv-08381-RA

Dear Judge Abrams:

I represent the defendant and write on behalf of counsel for both plaintiff and defendant. Counsel have conferred and we are both unavailable on January 13th for the initial teleconference per Your Honor's order of January 5, 2022 [ECF 10]. We are both available at Your Honor's convenience any time on Wednesday January 12, Tuesday January 18, and Thursday January 20. We are also available on Wednesday January 19th in the morning, until 1:00pm.

    Respectfully Submitted,

    _____/s/ Emily Kirsch_____
    Emily Bab Kirsch

1