

sgrvlaw.com

Bruce W. Bellingham
Direct Dial Number
P 215.241.8916
Direct Fax Number
F 215.531.9115
bbellingham@sgrvlaw.com

Seven Penn Center
1635 Market Street
7th floor
Philadelphia, PA 19103
P 215.241.8888
F 215.241.8844

424 Madison Avenue
3rd Floor
New York, NY 10017

360 Central Avenue
Suite 1550
St. Petersburg, FL 33701

Admitted to practice:
Pennsylvania
New York
Florida

January 20, 2022

Hon. Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Michael Grecco Production v. Ruthie Davis, Inc., et al., 21-CV-838*

Dear Judge Abrams:

Pursuant to the Court's Individual Rule 4.C. plaintiff advises that it will rely on the pleading being attacked.

Respectfully submitted:

*/s/ Bruce Bellingham*
Bruce Bellingham
Attorney for Plaintiff

cc (by ECF):
Emily Bab Kirsch