UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RADESIGN, INC.; DAVIS BY RUTHIE DAVIS, INC; RUTHIE ALLYN DAVIS; RUTHIE DAVIS, INC.; and DOES 1–5, <br><br> Defendants. | 21-CV-8381 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

By a memorandum opinion and order issued June 20, 2023, the Court granted Defendants' motion to dismiss the Complaint without prejudice, indicating that Plaintiff may file any Amended Complaint within thirty (30) days. *See* Dkt. 23. Plaintiff has now filed a notice of his election to stand on his original Complaint. *See* Dkt. 24.

Accordingly, for the reasons set forth in the June 20, 2023 memorandum opinion, Defendants' motion to dismiss is granted in its entirety. The Clerk of Court is respectfully directed to close this action.

SO ORDERED.

Dated:   July 19, 2023
         New York, New York

_____
Hon. Ronnie Abrams
United States District Judge