UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL GRECCO PRODUCTIONS, INC.,

                      Plaintiff,

            v.

RADESIGN, INC., et al.,

                    Defendants.

21-CV-8381 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Today, the Second Circuit issued an opinion vacating this Court's dismissal order and remanded for further proceedings. *See* Dkt. 28. No later than August 23, 2024, the parties shall file a joint letter proposing next steps in this matter.

SO ORDERED.

Dated:    August 16, 2024
            New York, New York

                                              Ronnie Abrams
                                              United States District Judge