UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL GRECCO PRODUCTIONS, INC.,

                Plaintiff,

v.

RADESIGN, INC., et al.,

                Defendants.

21-CV-8381 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On August 23, 2024, Defendants moved to stay all proceedings in this matter pending resolution of Defendants' Petition for a *Writ of Certiorari* to the Supreme Court. *See* Dkt. 31. Plaintiff does not object to Defendants' motion. Defendants' motion is thus granted. The parties shall submit a joint letter to this Court no later than one week after the resolution of Defendants' Petition.

SO ORDERED.

Dated:    August 26, 2024
           New York, New York

                                        Ronnie Abrams
                                        United States District Judge