**MANDATE**

1:21-cv-08381-RA

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of August, two thousand twenty-four.

Before:   Richard C. Wesley,
          Denny Chin,
          Eunice C. Lee,
                    *Circuit Judges*.

_____

Michael Grecco Productions, Inc.,

          Plaintiff - Appellant,

v.

RADesign, Inc., Davis by Ruthie Davis, Inc., Ruthie Allyn Davis, Ruthie Davis, Inc., Does 1-5,

          Defendants - Appellees.

_____

USDC SDNY

DOCUMENT

ELECTRONICALLY FILED  10/24/2024

**JUDGMENT**

Docket No. 23-1078

The appeal in the above captioned case from an order of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's dismissal orders are VACATED, and the case is REMANDED for further proceedings consistent with this Court's opinion.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 10/24/2024**