UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RADESIGN, INC., DAVIS BY RUTHIE DAVIS, INC., RUTHIE ALLYN DAVIS, RUTHIE DAVIS, INC. and DOES 1–5, <br><br> Defendants. | No. 21-cv-8381 (RA) <br><br> <u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

On August 26, 2024, the Court granted Defendants' motion to stay this action pending resolution of their petition for a writ of certiorari to the Supreme Court, and directed the parties to notify the Court within one week after the resolution of the petition. Dkt. No. 32. No later than September 17, 2025, the parties shall provide an update on the petition's status.

SO ORDERED.

Dated:   September 11, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge