

**SPECTOR GADON ROSEN VINCI P.C.**
Attorneys at Law

sgrvlaw.com

**Bruce Bellingham**
Direct Dial Number
P 215.241.8916
Direct Fax Number
F 215.531.9115
bellingham@sgrvlaw.com

One Logan Square
130 N. 18th Street
Suite 1800
Philadelphia, PA 19103
P 215.241.8888
F 215.241.8844

Admitted to practice:
Pennsylvania
Florida
New York

September 16, 2025

Hon. Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:** *Michael Grecco Production v. Ruthie Davis, Inc., et al., 21-CV-8381*

Dear Judge Abrams:

    Pursuant to the Court's Order dated September 11, 2025, requiring the Parties to provide a joint update as to the status of the Defendants' petition for a writ of certiorari, the Parties hereby inform the Court that the petition was denied. The parties intend to meet and confer concerning an agreeable case management schedule pursuant to Fed. R. Civ. P. 26, including permitting time for Defendants to answer the Complaint.

    Prior to doing so, the Parties respectfully request that the Court refer the case for mediation. Both Parties believe in good faith that the issues in dispute can be resolved short of further litigation.

    We thank the Court for its time and attention to this matter.

Respectfully submitted:

*/s/ Bruce Bellingham*
Bruce Bellingham
Attorney for Plaintiff

*/s/ Emily Bab Kirsch*
Emily Bab Kirsch
Attorney for Defendants